### BARNSTABLE.

The superintendent of a breakwater is not ineligible to the house of representatives, as a person holding office under the authority of the United States.

The report of the committee on elections, to whom this case was referred, was as follows :—

" The petition of Zenas D. Bassett and others, inhabitants of Barnstable, against the right of Daniel Bassett to a seat in this house, alleges, that the said Daniel Bassett was, at the time of his election, and is now, a superintendent of the breakwater at Hyannis, which is an office under the United States, rendering him incapable of being a member of this house.

Upon an investigation of this case, it appears to the committee, that Mr. Bassett was employed to discharge that duty by the chief clerk of the bureau of topographical engineers,

[1] 62 J. H. 36, 59, 71.

and that he has no office or authority, excepting what he derives from a letter from that gentleman.

The committee are of opinion, that this is not 'an office holden under the authority of the United States,' which incapacitates the holder from serving as a member of this house.

In 1791, a deputy marshal of the United States for this district was permitted to hold his seat.[1] In 1804, a commissioner of bankrupts of the United States, who held a commission from the President of the United States, was allowed to remain a member.[2]

The words above quoted are from the amendments to the constitution, adopted in 1822; they are broader than the language of the orginal constitution; but the committee are not satisfied that it was intended, by those amendments, to extend this disability so widely as to cover cases like the present.

The committee therefore report that the petitioners have leave to withdraw their petition."

This report was agreed to.[3]